UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES JACK and JENNIFER JACK,

      Plaintiffs,

     v.
                                  25-CV-792-LJV-MJR
                                  DECISION & ORDER

JSR MEDICAL CO., LTD. et al.,

      Defendants.

---

On July 16, 2025, the plaintiffs, Charles Jack and Jennifer Jack, commenced this action in New York State Supreme Court, Erie County. Docket Item 1-2 at 5.[1] The complaint names four defendants—JSR Medical Co., Ltd.; Mark Falvo, M.D.; Jeffrey Visco, M.D.; and WCG-IRB, LLC ("WCG-IRB")[2]—and raises claims arising from Charles Jack's participation in a clinical trial for an experimental medical device called the Colorectal Balloon Tube. *See generally id.* at 5-33. On August 28, 2025, WCG-IRB removed the action to this Court.[3] Following removal, the case was referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. § 636(b)(1)(A) and (B). Docket Item 6.

---

[1] Page numbers in docket citations refer to ECF pagination.

[2] WCG-IRB notes that it was incorrectly named in the complaint as WCG Institutional Review Board. *See* Docket Item 1 at 1. The Clerk of the Court shall correct the electronic docket to reflect that defendant's correct name.

[3] The case originally was assigned to United States District Judge John L. Sinatra, Jr.; after he recused himself on June 15, 2026, it was reassigned to this Court. *See* Docket Item 21.

On September 4, 2025, the plaintiffs moved to remand the case to state court, Docket Item 7, and on September 29, 2025, Falvo, Visco, and WCG-IRB responded. Docket Items 8 (WCG-IRB's response) and 9 (Falvo and Visco's response).   On October 21, 2025, Judge Roemer heard oral argument, Docket Item 16, and requested further briefing on certain issues, *see id.*  The plaintiffs, Docket Item 17, and WCG-IRB, Docket Item 18, submitted that supplemental briefing on November 4, 2025, and WCG-IRB then responded to the plaintiffs' supplemental brief, Docket Item 19. [4]

On May 19, 2026, Judge Roemer issued a Report and Recommendation ("R&R") finding that the plaintiffs' motion to remand should be denied.  Docket Item 20.  The parties did not object to the R&R, and the time to do so now has expired.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  The court must review de novo those portions of a magistrate judge's recommendation to which a party objects.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Roemer's R&R as well as the parties' submissions to him.  Based on

---

[4] As Judge Roemer noted, as of the date of oral argument on the motion to remand, defendant JSR Medical Co., Ltd., had not yet been served.  *See* Docket Item 20 at 2 n.3.

that review and the absence of any objections, the Court accepts and adopts

Judge Roemer's recommendation to deny the plaintiffs' motion.

For the reasons stated above and in the R&R, the plaintiffs' motion to remand the

case to state court, Docket Item 7, is DENIED.  The case is referred back to

Judge Roemer for further proceedings consistent with the referral order of September 3,

2025, Docket Item 6.

SO ORDERED.

Dated:      July 21, 2026
            Buffalo, New York

*/s/ Lawrence J. Vilardo*
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE